IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Case No: 2:21CV-00035PLC |
| ) | |
| BRIAN CONSBROCK ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff NUTRIEN Ag Solutions, Inc., f/k/a Crop Production Services, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 55 (b) (2), and by and through its attorneys BLANTON, NICKELL, COLLINS, DOUGLAS & HANSCHEN, L.L.C., for its cause of action against Defendant Brian Consbrock, moves this Court for an Order entering Judgment by Default against Defendant Brian Consbrock. In support of this amended motion, Plaintiff states as follows:

1.  This is a Complaint on Account and action for unjust enrichment filed by Plaintiff NUTRIEN Ag Solutions, Inc., f/k/a Crop Production Services, Inc. ("Plaintiff"), against Defendant Brian Consbrock ("Defendant").

2.  Plaintiff alleges Complaint on Account and Unjust Enrichment against Defendant and seeks damages of Seventy-Nine Thousand Eight Hundred Thirty-Nine and Forty Cents ($79,839.40), plus interest accruing under the account. See First Amended Complaint ¶6-18; Exhibit "A" Affidavit of Michelle Lane.

3.  Defendant Brian Consbrock ("Defendant") was served with a copy of the Complaint in this matter on May 14, 2020. The return of the executed summons was filed on May

25, 2021, with an Answer date of June 4, 2021.

    4.    Defendant was served with a copy of the Amended Complaint in this Matter on July 22, 2021. The return of the executed summons was filed on August 2, 2021, with an Answer Date of August 12, 2021.

    5.    To Date, Defendant has failed to Respond in any fashion to Plaintiff's Complaint or to Plaintiff's Amended Complaint. Thus, Plaintiff is entitled to a default judgment under Federal Rule of Civil Procedure 55 (b) (2).

    6.    Plaintiff has submitted the following evidence showing it its entitled to relief on the allegations in the First Amended Complaint, attached hereto and incorporated herein as Exhibit "A:"

    a.    Affidavit of Michelle Lane, Dated June 4, 2021;

    b.    Invoices Dated June 7, 2019 through July 19, 2019, showing purchases by Defendant, with total principal balance on the account of $79,839.40;

    c.    A/R Ledger detailing finance charges on the account, showing total amount owed as of October 20, 2019 in the amount of $79,839.40.

For these reasons, damages in this case at present total Seventy-Nine Thousand Eight Hundred Thirty-Nine and Forty Cents ($79,839.40). *See id.*

**WHEREFORE**, for the reasons stated herein, Plaintiff prays that this Court enter a Judgment of Default in favor of Plaintiff and against Defendant in the amount of Seventy-Nine Thousand Eight Hundred Thirty-Nine and Forty Cents ($79,839.40), interest at the statutory amount from the date of judgment, and other and further relief the Court deems proper in the circumstances.

>Respectfully submitted,
>
>BLANTON, NICKELL, COLLINS
>DOUGLAS & HANSCHEN, L.L.C.
>219 South Kingshighway
>Post Office Box 805
>Sikeston, MO 63801
>PHONE: (573) 471-1000    FAX: (573) 471-1012
>EMAIL: pdouglas@blantonlaw.com
>
>By:    /s/    Patrick R. Douglas
>       Patrick R. Douglas                #51788MO
>
>*Attorney for Plaintiff NUTRIEN Ag Solutions, Inc.*

## Certificate of Service

I hereby certify that a copy of the foregoing document was served via electronic filing in the CM/ECF system of the United States District Court for the Eastern District of Missouri to the parties requesting service by electronic filing, and by U.S. Mail, return receipt requested on this 16th day of August 2021. The individuals being served are as follows:

Mr. Brian Consbrock
22999 State Route BB
Memphis, MO  63555

>     /s/    Patrick R. Douglas
>            Patrick R. Douglas