IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC.** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No: 2:21CV-00035 HEA |
| **BRIAN CONSBROCK** | ) |
| **Defendant.** | ) |

### JUDGMENT BY DEFAULT

This matter appears on the Plaintiff's Motion for Entry of Default Judgment, filed along with Exhibits filed in support of Plaintiff's Complaint and First Amended Complaint. The Court, having fully considered the allegations in the Complaint and the First Amended Complaint, and Plaintiff's evidence submitted in support thereof, finds for Plaintiff and against Defendant in the above-referenced matter.  Having so found,

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion for Entry of Default Judgment is hereby granted.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Judgment By Default is entered in favor of Plaintiff and against Defendant.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff have and recover from Defendant the principal sum of Seventy-Nine Thousand Eight Hundred Thirty-Nine and Forty Cents ($79,839.40), and for interest as called for by the Account, or as allowed by statute.

Dated this 28th day of September 2021.

_____
**HENRY EDWARD AUTREY**
**UNITED STATES DISTRICT JUDGE**